

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-19-00126-CV

**J. A. G.,**
Appellant

v.

**A. G. E.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

It has come to the court's attention that both of the parties in this case were minors when the underlying suit was filed. Therefore, their names, birth dates, and home addresses are "sensitive data" within the meaning of Texas Rule of Appellate Procedure 9.9(a). The parties are cautioned not to include any sensitive data in their filings in this case and to comply with the redaction requirements of Rule 9.9. Any document filed in violation of Rule 9.9 is subject to being stricken.

It is so ORDERED on this 7th day of June, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court